# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Robert DuBoise,<br><br>　　Plaintiff,<br><br>v.<br><br>City of Tampa, et al,<br><br>　　Defendants. | No. 8:21-CV-02328<br><br>Honorable Judge Steven D. Marryday |

## NOTICE OF ENTRY OF APPEARANCE

Joshua Martin hereby enters their appearance on behalf of Plaintiff, Robert DuBoise.

| | |
|---|---|
| CERTIFICATION:<br>By affixing my seal to this document, I hereby certify that the forgoing was served upon all entered parties to this action through their counsel by filing through this court's Electronic Filing System. | Respectfully submitted,<br><br>By _____ June 22, 2023<br>Joshua Martin, Esq.<br>Fl. Bar. No. 1040927<br>Human Rights Defense Center<br>1901 S. Congress St. #200<br>Boynton Beach, FL<br>(802) 233-2545<br>greenmountainlegal@gmail.com<br>jmartin@humanrightsdefensecenter.org |