UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT DUBOISE,

    Plaintiff,

v.                                        CASE NO. 8:21-cv-2328-SDM-CPT

CITY OF TAMPA, et. al.,

    Defendants.
_____/

## **ORDER**

    The plaintiff's counsel are reminded that membership in the bar of the Middle District of Florida requires knowledge of the Local Rules. All members attested, as a condition of membership, to familiarity with the Local Rules. A judge enjoys neither the time nor the willingness to teach the rules one corrective order at a time.

    The day before the deadline by which to respond to the motion for summary judgment, the plaintiff moved (Doc. 147) for leave to file a thirty-five-page response. A day later, the plaintiff again moved (Doc. 149) for leave to exceed the page limit and attached the proposed response.

    The paper (Doc. 149) violates Local Rule 3.01. Against the prohibition in Local Rule 3.01(b), the paper includes the proposed response. Also, against the requirement in Local Rule 3.01(g)(2), the paper omits the certificate of conferral. The plaintiff shows further inattention to the Local Rules by requesting "ten additional pages

for a total of thirty-five pages" (Doc. 149), while Local Rule 3.01(b) sets a twenty-page limit for a response.

The motion (Doc. 149) is **GRANTED-IN-PART**. No later than **SEPTEMBER 4, 2023**, the plaintiff must respond, in a paper not exceeding **THIRTY-FIVE PAGES INCLUSIVE OF ALL PARTS**, to the motion for summary judgment. The earlier motion (Doc. 147) is **DENIED AS MOOT**. Continued failure to comply with all applicable rules, including the local rules, will likely result in an order striking each non-compliant paper.

ORDERED in Tampa, Florida, on September 1, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE