UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT DUBOISE,

    Plaintiff,

v.                                             CASE NO. 8:21-cv-2328-SDM-CPT

CITY OF TAMPA, et. al.,

    Defendant.
_____/

## ORDER

The parties jointly move (Doc. 157) to mediate before the magistrate judge. The motion reports that each party believes that mediating with the magistrate judge would "assist the parties and increase the likelihood of a complete resolution of the case." The motion is **GRANTED**. This action is referred to mediation before the magistrate judge. The parties must coordinate with the magistrate judge to schedule the mediation.

ORDERED in Tampa, Florida, on November 21, 2023.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE