UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT DUBOISE,

    Plaintiff,

v.                                           Case No. 8:21-cv-2328-SDM-CPT

CITY OF TAMPA, et al.,

    Defendants.
_____/

**O R D E R**

This cause has been referred to the undersigned by the Honorable Steven D. Merryday to conduct a mediation with the parties. (Doc. 158). Accordingly, it is hereby ORDERED:

1. The mediation shall commence at 9:00 a.m. on January 9, 2024, in Courtroom 12B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

2. All parties, corporate representatives, and any other required claims professionals shall be present at the mediation with full authority to negotiate a settlement. Counsel for all parties shall ensure the attendance of the foregoing necessary persons. The participants shall be prepared to spend as much time as necessary to resolve the case, or until an impasse is declared. Should there be a need

to schedule additional mediation sessions, the same participants shall attend all such sessions. Failure to comply with these attendance and mediation requirements may subject a party to sanctions. Except as indicated herein, the mediation shall be conducted in accordance with this Order and the Local Rules pertaining to mediation.

      3.    <u>No later than December 22, 2023</u>, each party shall provide the undersigned's chambers with a brief, written mediation statement.[1] Each party's mediation statement shall be limited to ten pages, shall outline the party's positions concerning the claims and/or defenses in the action, shall provide an explanation of all relief requested, including any monetary demands, and shall comply with the typography requirements set forth in Local Rule 1.08. The parties' mediation statements will be treated as confidential communications, will not be shared with the opposing party, and will not be incorporated into the public record of this case, unless otherwise ordered hereafter.

      SO ORDERED in Tampa, Florida, this 30th day of November 2023.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

---

[1] The parties shall submit their mediation statements via email to chambers_flmd_tuite@flmd.uscourts.gov, with the subject line "DuBoise v. City of Tampa, et al.: Mediation Statement of [Insert Name of Party]."