IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **Robert DuBoise**, <br><br> Plaintiff, <br><br> v. <br><br> **City of Tampa,** *et. al.* <br><br> Defendants. | No. 8:21-CV-02328-SDM-CPT |

## NOTICE OF PENDING SETTLEMENT

1. On January 9, 2024, the parties participated in a mediation before Judge Tuite.

2. The case has settled subject to approval by the City of Tampa's City Council. The approval process may take two months.

3. The parties are providing this notice to the Court of the pending settlement.

4. The parties will provide an update to the Court no later than March 9, 2024 on the status of the settlement.

                                               Respectfully submitted,

| | |
|---|---|
| */s/ David E. Harvey* | */s/ Gayle Horn* |
| David Harvey, Esq. | Jon Loevy |
| Asst. City Attorney | Gayle Horn |
| Florida Bar No.: 610046 | Heather Lewis Donnell |
| City Attorney's Office | Loevy & Loevy |
| 315 E. Kennedy Blvd., 5th Floor | 311 N. Aberdeen St. |
| Tampa, FL 33602 | Chicago, Illinois 60607 |
| Telephone: (813) 274-8791 | (312) 243-5900 |
| David.Harvey@tampagov.net | *Counsel for Plaintiff, Robert DuBoise* |
| Laytecia.McKinney@tampagov.net | |
| *Counsel for Defendant City of Tampa* | |
| | |
| */s/Andrew Dayes* | |
| DAYES LAW FIRM | Joshua Martin |
| 727 2nd Street South | HUMAN RIGHTS DEFENSE CENTER |
| Safety Harbor, Florida 34695 | P.O. Box 1151 |
| Telephone: 727.240.1332 | Lake Worth, Florida 33460 |
| Facsimile: 727.440.8188 | (561) 360-2523 |
| Email: aid@dayeslaw.com | *Counsel for Plaintiff, Robert DuBoise* |
| *Counsel for Saladino, Burke, and Price* | |
| | |
| */s/ Edward R. Nicklaus* | |
| NICKLAUS & ASSOCIATES, P.A. | |
| 4651 Ponce de Leon Blvd., Suite 200 | |
| Coral Gables, Florida 33146 | |
| Telephone: 305-460-9888 | |
| Facsimile: 305-460-9889 | |
| edwardn@nicklauslaw.com | |
| nicolast@nicklauslaw.com | |
| *Attorneys for Dr. Richard R. Souviron* | |

## **CERTIFICATE OF SERVICE**

      I, Gayle Horn, an attorney, hereby certify that on January 11, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system and thereby served all counsel of record electronically.

      Respectfully Submitted,

      /s/ Gayle Horn
      *One of Plaintiff's Attorneys*