IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **Robert DuBoise**, <br><br> Plaintiff, <br><br> v. <br><br> **City of Tampa, Richard R. Souviron, Det. Phillip Saladino, Det. K.E. Burke, the Estate of Det. John Counsman,** and **Sgt. R.H. Price**, <br><br> Defendants. | No. 8:21-CV-02328-SDM-CPT |

## PARTIES' STATUS REPORT REGARDING SETTLEMENT

Now Comes the Parties, by and through their respective attorneys, moves as follows:

1. On February 15, 2024, the Council for the City of Tampa approved the settlement in this matter.

2. All of the parties have executed the settlement agreement.

WHEREFORE, Pursuant to the settlement agreement, Plaintiff will move to dismiss the lawsuit within ten (10) days of the first payment.

Respectfully submitted,

| | |
|---|---|
| */s/ David E. Harvey* | */s/ Heather Lewis Donnell* |
| David Harvey, Esq. | Jon Loevy |
| Asst. City Attorney | Gayle Horn |
| Florida Bar No.: 610046 | Heather Lewis Donnell |
| City Attorney's Office | Loevy & Loevy |
| 315 E. Kennedy Blvd., 5th Floor | 311 N. Aberdeen St. |
| Tampa, FL 33602 | Chicago, Illinois 60607 |
| Telephone: (813) 274-8791 | (312) 243-5900 |
| David.Harvey@tampagov.net | *Counsel for Plaintiff, Robert DuBoise* |
| Laytecia.McKinney@tampagov.net | |
| *Counsel for Defendant City of Tampa* | |

### CERTIFICATE OF SERVICE

I, Heather Lewis Donnell, an attorney, hereby certify that on March 6, 2024 a true and correct copy of the foregoing was filed with the Court's CM/ECF system and thereby served all counsel of record electronically.

Respectfully Submitted,

/s/ Heather Lewis Donnell
*One of Plaintiff's Attorneys*